APRIL 25, 1949

No. 53086.—SUIT 4595.—Cummins-Collins Distilleries v. United States.——C. D. 1090 affirmed March 1, 1949. C. A. D. 403.

No. 53087.—SUIT 4607.—Oxford University Press, N. Y., Inc. (M. Farris & Co., Inc.) v. United States.——Reap. Dec. 7611 affirmed March 1, 1949. C. A. D. 405.

BEFORE THE FIRST DIVISION, MAY 2, 1949

No. 53088.—James E. Fox & Co. et al. v. United States, protests 32236–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the articles the subject of Abstracts 51306 and 51959, the claim of the plaintiffs was sustained.

No. 53089.—Abraham & Straus, Inc., et al. v. United States, protests 138151–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53090.—Barker Bros. Corp. et al. v. United States, protests 77149–K, etc. (Los Angeles).

Opinion by COLE, J. The protests were dismissed.

No. 53091.—Balfour Guthrie & Co., Ltd., et al. v. United States, protests 104355–K, etc. (Los Angeles).

Opinion by COLE, J. The protests were dismissed.

No. 53092.—The Adamo Co. et al. v. United States, protests 124426–K, etc. (Los Angeles).

Opinion by COLE, J. The protests were dismissed.